**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02817-WJM-NRN

DEANDRE STEPNEY

      Plaintiff,

v.

THE CITY OF THORNTON COLORADO,

      Defendant.

---

## JOINT STATUS REPORT

---

      Plaintiff and Defendant through their undersigned counsel, submit the following Joint Status Report as required by the Scheduling Order [ECF # 19]. Per the Court's instructions, the parties have conferred regarding the status of this litigation and submit the following statement:

      The case is on schedule. The parties are working cooperatively with each other to schedule the necessary depositions and in responding to discovery. Currently the parties do not anticipate any need to alter or modify the Scheduling Order for this case.

Dated: April 29, 2022

| | |
|---|---|
| /s/ Thomas H. Mitchiner | /s/ Marni Nathan Kloster |
| Thomas H. Mitchiner | Marni Nathan Kloster |
| Mitchiner Law, LLC | Nathan Dumm Mayer |
| 1240 S. Parker Rd. Suite 103 | 7900 E. Union Avenue., Suite 600 |
| Denver, CO 80231 | Denver, CO 80237 |
| Ph.# 720-538-0371 | 303-691-3737 |
| Email: tmitchiner@mitchinerlawllc.com | mkloster@ndm-law.com |

Counsel for Defendant

/s/ Steven Murray
Steven Murray
Murray Law, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Ph.# 303-396-9952
Email: Steven@smurraylaw.com


Counsel for Plaintiff




## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically via Email to counsel referenced below, this April 29, 2022, addressed to:

Marni Nathan Kloster
Nathan Dumm Mayer
7900 E. Union Avenue., Suite 600
Denver, CO 80237
303-691-3737
mkloster@ndm-law.com

Counsel for Defendant


/s/ Thomas H. Mitchiner
Thomas H. Mitchiner