# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.       1:21-CV-02817-NRN

D'ANDRE STEPNEY,

     Plaintiff,

v.

THE CITY OF THORNTON, COLORADO, a municipal corporation,

     Defendant.

---

## STIPULATED MOTION TO DISMISS

---

The Plaintiff and the Defendant ("the Parties"), by their respective counsel, pursuant to Fed.R.Civ.P. 41, hereby submit the following Stipulated Motion to Dismiss all claims by Plaintiff against the Defendant, with prejudice.

The Parties hereby stipulate as follows:

Any and all claims asserted against Defendant, as set forth in Plaintiff's Complaint, and all other pleadings, shall be dismissed, with prejudice, each party to pay his or its own attorney's fees and costs.  The parties further request as part of the dismissal, this case should be deemed closed and all deadlines and appearances vacated.

WHEREFORE, the Parties respectfully request that the Court enter an Order dismissing, with prejudice, all claims asserted against the Defendant, each party to pay her or its own costs and attorney fees and the closure of the case.

DATED this 20th day of May, 2022.

/s/ Steven Murray
Steven Murray
Murray Law, LLC
3900 Mexico Avenue, Ste. 300
Denver, CO 80210
Phone: 303-396-9952
steven@smurraylaw.com

/s/ Thomas H. Mitchiner
Thomas H. Mitchiner
Mitchiner Law, LLC
1240 S. Parker Rd. Suite 103
Denver, CO 80231
Phone: 720-538-0371
tmitchiner@mitchinerlawllc.com

*Attorneys for Plaintiff*

-AND-

*s/Marni Nathan Kloster*
Marni Nathan Kloster
Nicholas C. Poppe
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2022 I electronically filed foregoing **STIPULATED MOTION TO DISMISS** using the CM/ECF system which will send notification of such filing to the following:

Steven Murray
Murray Law, LLC
3900 Mexico Avenue, Ste. 300
Denver, CO 80210
Phone: 303-396-9952
steven@smurraylaw.com

Thomas H. Mitchiner
Mitchiner Law, LLC
1240 S. Parker Rd. Suite 103
Denver, CO 80231
Phone: 720-538-0371
tmitchiner@mitchinerlawllc.com

*Attorneys for Plaintiff*

*s/Alexandra Sanchez*
Paralegal